UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIET HUYNH,<br><br>                       Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>                      Defendants. | Case No.: 16-CV-2266 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT BANK OF AMERICA, N.A. [DOC. 15]** |

Pending before the Court is a joint motion to dismiss Defendant Bank of America, N.A., with prejudice  [Doc. 15.]  Good cause appearing, the Court **GRANTS** the motion. Defendant Bank of America, N.A., is dismissed with prejudice.  Per the terms of the motion, each party will bear its own fees and costs.

**IT IS SO ORDERED.**

Dated:  January 30, 2017

_____
Hon. Thomas J. Whelan
United States District Judge

1

16-CV-2266 W (BGS)