UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIET HUYNH,<br><br>                    Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, et al.,<br><br>                    Defendants. | Case No.:  16-CV-2266 W (BGS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT TRANS UNION LLC [DOC. 17]** |

Pending before the Court is a joint motion to dismiss Defendant Trans Union LLC from this action with prejudice.  [Doc. 17.]  Good cause appearing, the Court **GRANTS** the motion.  Defendant Trans Union LLC is dismissed with prejudice.  Per the terms of the motion, each party will bear its own costs and attorneys' fees.  As Trans Union was the last defendant remaining in the case, the action is dismissed.  The clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated:  February 22, 2017

Hon. Thomas J. Whelan
United States District Judge

1

16-CV-2266 W (BGS)